IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES WILSON, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DEON ROTH, et al., | : | NO. 09-861 |
|     Respondents. | : | |

## **EXPLANATION & ORDER**

At the evidentiary hearing of May 11, 2010, the Court provided counsel an opportunity to file supplemental briefing discussing the impact of the hearing upon the claims within Mr. Wilson's petition. The transcript of this hearing has been available since July 1, 2010. (Doc. 18.) If **counsel consider supplemental briefing to be necessary in this matter**, it is **HEREBY ORDERED** that these submissions shall be filed and on or before **Friday, July 30, 2010** and any response shall be filed and served on or before **Friday, August 6, 2010**.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATED MAGISTRATE JUDGE

1