IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES FISCHER WILSON,** : | |
| Petitioner, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 09-861** |
| **DEON ROTH ET AL.,** : | |
| Respondents. : | |

## ORDER

**AND NOW**, this \_\_\_\_ of September, 2010, upon careful and independent consideration of the Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. 24), and no objections having been filed, **IT IS HEREBY ORDERED** and **DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for Writ of *Habeas Corpus* is **DENIED**; and

3. There is no basis for the issuance of a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**